Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SLOATMAN III, individually and on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-07159-JFW-RAO |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| GENESIS PRINTING., and **DOES 1** through **10,** inclusive, and each of them, | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** July 11, 2017      **Law Offices of Todd M. Friedman, P.C.**

                              By: /s/ Todd M. Friedman
                                  Todd M. Friedman, Esq.
                                  Attorneys for Plaintiff

Notice of Settlement - 1

1. Filed electronically on this 11th Day of July, 2017, with:

3. United States District Court CM/ECF system

4. Notification sent electronically via the Court's ECF system to:

Honorable Judge F. Walter
Honorable Magistrate Judge Rozella A. Oliver
United States District Court
Central District California

And all Counsel of Record as recorded on the Electronic Service List.

This 11th Day of July, 2017

s/Todd M. Friedman
   Todd M. Friedman, Esq.