closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN SLOATMAN III,** individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**GENESIS PRINTING,** and **DOES 1** through **10,** inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-07159-JFW-RAO<br><br>(~~PROPOSED~~) ORDER |

　　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.  Each party shall bear their own costs and expenses.

　　　　　　　　　　　Dated this  31st  day of October, 2017

　　　　　　　　　　　_____
　　　　　　　　　　　The Honorable John F. Walter

Order to Dismiss - 1